JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 3 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE. WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MICHAEL HOGAN,<br><br>Defendant. | **2:18-CR-58-RMP**<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. § 2251(a), (e):<br>Production of Child Pornography<br>(Counts 1, 3, 5)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1):<br>Receipt of Child Pornography<br>(Counts 2, 4, 6)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1):<br>Distribution of Child Pornography<br>(Count 7)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography<br>(Count 8)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury Charges:

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 1

## COUNT 1

On or about August 27, 2016, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce Victim 1, a minor female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about August 27, 2016, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: visual depictions of Victim 1, a minor female, engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

## COUNT 3

On or about October 30, 2016, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce Victim 2, a minor female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 2

materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

On or about October 30, 2016, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: visual depictions of Victim 2, a minor female, engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

## COUNT 5

On or about February 28, 2017, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce Victim 2, a minor female, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 3

## COUNT 6

On or about February 28, 2017, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: visual depictions of Victim 2, a minor female, engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

## COUNT 7

Beginning on or about June 5, 2016, and continuing through October 31, 2016, in the Eastern District of Washington and elsewhere, the Defendant, DENNIS MICHAEL HOGAN, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: visual depictions of minor girls engaging in sexually explicit conduct including the lascivious exhibition of their genitals and pubic areas, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 8

On or about August 8, 2017, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed,

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 4

shipped, or transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

1.    The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

2.    Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2251(a), (e), 18 U.S.C § 2252A(a)(2), (b)(1), or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as alleged in this Indictment, the Defendant, DENNIS MICHAEL HOGAN, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.  The property to be forfeited includes, but is not limited to:

   a.    one homemade desktop computer, serial number unknown;

   b.    one Sony Vaio laptop computer, serial number CXSMM01BRD02D330;

   c.    one Micron laptop computer, serial number 1684842-0001;

   d.    one Acer laptop computer, serial number NXMA0AA0023230ED3C7600; and

   e.    one PNY 120GB Internal Computer Hard Drive, serial number PNY151621755701027DB.

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 5

3.    If any of the property described above, as a result of any act or omission of the Defendant:

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the Court;

     d.    has been substantially diminished in value; or

     e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 3 day of April 2018.

A TRUE BILL

Fore

JOSEPH H. HARRINGTON
United States Attorney

David M. Herzog
Assistant United States Attorney

INDICTMENT – HOGAN – CHILD PORNOGRAPHY – 6