FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MICHAEL HOGAN,<br><br>Defendant. | No. 2:18-CR-0058-RMP-1<br><br>ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE |

**BEFORE THE COURT** is the Defendant's Motion to Amend Conditions of Release. ECF No. 37. Defendant seeks to modify his conditions of pretrial release, ECF No. 16, to permit him to drop off and pick up his son at school. ECF No. 37.

Defendant recites that neither the United States Attorney nor the U.S. Probation Office objects to Defendant's request.

**IT IS ORDERED** that the Defendant's motion to modify the conditions of his pretrial release, **ECF No. 37,** is **GRANTED.**

Defendant's conditions of pretrial release are **modified** as follows:

**(21)** Defendant may not be in the presence of minors, unless a responsible adult, who is aware of these charges, is present at all times. Defendant may not be within 500 feet of schools or playgrounds or places where minors are known

ORDER - 1

to congregate.  Defendant's son, who is sixteen years old as of the date of this order, is excepted from this requirement.  **Moreover, Defendant is permitted to drop off and pick up his son at Mt. Spokane High School but Defendant must remain in the vehicle at all times and shall not allow any children, other than Defendant's son, to enter the vehicle.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 13, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2