

Bevan J. Maxey
Attorney for Defendant

MAXEY LAW OFFICE PLLC
1835 W. Broadway Ave.
Spokane, WA 99201
509-326-0338 phone
509-325-4490 facsimile

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| United States of America, | | |
|---|---|---|
| | Plaintiff, | No. 18-CR-58-RMP |
| v. | | |
| Dennis M. Hogan, | | Declaration of Rodney Hogan |
| | Defendant. | |

( SEE ATTACHED )

MAXEY LAW OFFICE, PLLC
1835 W. Broadway Ave.
Spokane, WA 99201
(509)326-0338 phone
(509)325-4490 facsimile

My name is Rod Hogan I am 62 years old born 12/01/1956.  I live in my own home at 3715 E Princeton in Spokane.  I'm a long time resident of the Spokane area having lived and worked here for most of my life.   I'm the older brother of Dennis Hogan.

I have read the statement marked case# 1909402 about the incident that occurred on 8/30/19 and would like to provide my recollection of what occurred.

I was at work in the upstairs office at 4877 Williams Valley Rd. Dennis and Travis were downstairs in the work area.  There was a pounding on the door directly below my location.  I looked out the open window and directly below me could see someone at the side private area door directly below me.  I could hear Dennis talking with Travis.  Dennis talks very loud because of bad hearing.  I could hear him say "Is there someone at the door?" and Travis answered but I couldn't make out what he said then Dennis said "why are they at that door?".  I then heard Dennis ask the person "Is there something I can help you with?"  As the individual started to say something about wildfire Dennis ask him "Come here I want to show you something" as he reached his hand out and placed it on the person's shoulder in a typical friendly manner.  When Dennis' hand touched the person's shoulder the person stepped back saying "Don't touch me" Don't  touch me".  At that point Dennis told the person to get off his property and the individual turned saying "okay okay" and walked towards the public paved area on the other end of the building. At which time they went out of my sight.  None of The actions in the exchange seemed threating in posture or was anyone "in anyone's face".  After the individual told Dennis not to touch him at no time did Dennis attempt to make contact and was at least 5 feet away from him.

        "I, Rodney L. Hogan                    , hereby declare under the penalty of perjury of the laws of the State of Washington that the foregoing statement is true and accurate to the best of my knowledge.

        Signed in Spokane              , Washington this 19    day of September, 2019."

_____ Rodney L Hogan _____

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant(s):

David M. Herzog
Assistant United States Attorney
920 W. Riverside, # 300
Spokane, WA 99201

Jon Bott
U.S. Probation/Pretrial
920 West Riverside, #805
Spokane, WA 99201


*s/ Holly Eagle*
**Holly Eagle**, Legal Assistant to Bevan J. Maxey
Maxey Law Offices, PLLC
1835 W. Broadway
Spokane, WA 99201
(509) 326-0338