Bevan J. Maxey
Attorney for Defendant

MAXEY LAW OFFICE PLLC
1835 W. Broadway Ave.
Spokane, WA 99201
509-326-0338 phone
509-325-4490 facsimile

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| United States of America, | | |
|---|---|---|
| | Plaintiff, | No. 18-CR-58-RMP |
| v. | | |
| | | Declaration of |
| Dennis M. Hogan, | | Travis Hansen Johnson |
| | Defendant. | |

( S E E   A T T A C H E D )

MAXEY LAW OFFICE, PLLC
1835 W. Broadway Ave.
Spokane, WA 99201
(509)326-0338 phone
(509)325-4490 facsimile

My name is Travis Johnson, my birthdate is October 14th 1976, I live at 15001 N. Wandermere Rd Apt. F306, Spokane Washington 99208. I own and operate a survival school called Northwest Survival School which has been operational since 1996, and I have had many contracts with the State and Federal Government over the years. I have worked for Dennis since July of 2018, He has always been a kind and considerate person to me and everyone I have seen him interact with.

I have read the statement marked case# 1909402 about the incident that occurred on 8/30/19 and would like to provide my account of what took place.

I was in a work area along the south wall of the building when I notice a person walk by the window then there was a pounding on the private area door beside me. Dennis who was working an adjacent room said "Is there someone at the door?" and I answered "Ya". Dennis then said "why are they at that door?". Dennis got up and went to the door opening it as I stepped up to the window which is about 3 feet from the door. Dennis ask the person "Is there something I can help you with?" The guy said he was with wildfire something and he was here about the fire. Dennis then said " Come here I want to show you something" as Dennis put his hand up on the man's right shoulder. Touching the top of his shoulder for about a second when the man pulled back loudly saying don't touch me, don't touch me. That is when Dennis said to the person to get off his property. The person then turned and began walking up the side of the building towards the front public parking area and main doorway where the doorbell is located. I then stepped out the door and watched them walk around the front corner of the building. Dennis remained several feet behind the man and never made contact with him. At this time I re-entered the building and walked through to the front public door where I saw Dennis' son in the open doorway with another individual. Both of these people climbed into a Red DNR truck with two other two people in it and drove out the driveway. At no time was Dennis aggressive in his physical behavior nor did he "Grab or squeeze" anyone.

"I, Travis Hansen Johnson, hereby declare under the penalty of perjury of the laws of the State of Washington that the foregoing statement is true and accurate to the best of my knowledge.

Signed in Deer Park, Washington this 19th day of September, 2019."

_____
(name)

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant(s):

David M. Herzog
Assistant United States Attorney
920 W. Riverside, # 300
Spokane, WA 99201

Jon Bott
U.S. Probation/Pretrial
920 West Riverside, #805
Spokane, WA 99201


*s/ Holly Eagle*
**Holly Eagle**, Legal Assistant to Bevan J. Maxey
Maxey Law Offices, PLLC
1835 W. Broadway
Spokane, WA 99201
(509) 326-0338