UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Hogan, Dennis Michael | Docket No. | 0980 2:18CR00058-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dennis Michael Hogan, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of April 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation # 1:** On August 30, 2019, per Stevens County Sheriffs Office (SCSO) report 1909402, Mr. Hogan was given a misdemeanor citation for fourth degree assault, a direct violation of standard condition number 1.

SCSO report 1909402 indicates a Department of National Resources (DNR) employee reported to Mr. Hogan's residence on August 30, 2019, after a fire was observed burning on his property. The DNR employee informed the responding deputy that Mr. Hogan grabbed him by the neck (squeezing) and started pushing him toward the DNR vehicle screaming at him to get off his property, after he informed Mr. Hogan that the fire needed to be put out. In SCSO report 1909402, the responding deputy indicated he would make the recommendation to amend the fourth degree assault charge to third degree and/or add a charge of intimidate a public servant. Mr. Hogan is scheduled to appear in Stevens County District Court on September 9, 2019, for the purpose of an initial appearance.

On April 9, 2018, the conditions of pretrial release were reviewed with Mr. Hogan.  He acknowledged an understanding of his conditions, which included standard condition number 1.

      PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:   September 5, 2019 |
|   | by | s/Jonathan C. Bot |
|   |   | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

PS-8

**Re: Hogan, Dennis Michael**
**September 5, 2019**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

September 6, 2019
_____
Date