1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  David M. Herzog
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 18 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MICHAEL HOGAN,<br><br>Defendant. | Case No. 2:18-CR-00058-RMP-1<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 2252A(a)(2)(A), (b)(1):<br>Distribution and Attempted Distribution of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2422(b):<br>Online Enticement and Attempted Online Enticement<br>(Counts 2, 6, 12)<br><br>18 U.S.C. § 2251(a), (e):<br>Production and Attempted Production of Child Pornography<br>(Counts 3, 7, 13)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1):<br>Receipt and Attempted Receipt of Child Pornography<br>(Counts 4, 8, 9) |

SUPERSEDING INDICTMENT – 1

18 U.S.C. § 2423(b), (e):
Travel in Foreign Commerce With a Motivating Purpose of Engaging in Illicit Sexual Conduct, and Attempt to Travel in Foreign Commerce With a Motivating Purpose of Engaging in Illicit Sexual Conduct
(Counts 5, 10)

18 U.S.C. § 2252A(a)(5)(B), (b)(2):
Possession and Attempted Possession of Child Pornography
(Count 11)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury Charges:

## COUNT 1

Beginning on or about June 5, 2016, and continuing until October 31, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of a minor female engaging in sexually explicit conduct including the lascivious exhibition of their genitals and pubic areas, and did attempt the same, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

Between on or about August 24, 2016, and on or about August 27, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did unlawfully use a facility and means of interstate and foreign commerce,

SUPERSEDING INDICTMENT – 2

namely, the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, including producing, and attempting to produce, child pornography (as defined in 18 U.S.C. § 2256(8)), in violation of 18 U.S.C. § 2251(a), (e), and engaging in, and attempting to engage in, illicit sexual conduct in foreign places, in violation of 18 U.S.C. § 2423(c), (e), and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 3

Between on or about August 24, 2016, and on or about August 27, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

On or about August 27, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of a minor female engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, and did attempt the same, all in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

SUPERSEDING INDICTMENT – 3

## COUNT 5

Between on or about September 20, 2016, and on or about October 7, 2016, the Defendant, DENNIS MICHAEL HOGAN, a United States citizen in the United States, traveled in foreign commerce from the Eastern District of Washington to the Philippines, with a motivating purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person under 18 years of age, and did attempt the same, all in violation of 18 U.S.C. § 2423(b), (e).

## COUNT 6

On or about October 30, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did unlawfully use a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, including the production and attempted production of child pornography (as defined in 18 U.S.C. § 2256(8)), in violation of 18 U.S.C. § 2251(a), (e), and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

## COUNT 7

On or about October 30, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce

SUPERSEDING INDICTMENT – 4

by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 8

On or about October 30, 2016, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of a minor female engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, and did attempt the same, all in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

## COUNT 9

On or about February 28, 2017, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of a minor female engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, and did attempt the same, all in violation of 18 U.S.C. § 2252(a)(2)(A), (b)(1).

## COUNT 10

Between on or about March 17, 2017, and on or about April 5, 2017, the Defendant, DENNIS MICHAEL HOGAN, a United States citizen in the United States, traveled in foreign commerce from the Eastern District of Washington to the Philippines, with a motivating purpose of engaging in illicit sexual conduct, as

SUPERSEDING INDICTMENT – 5

defined in 18 U.S.C. § 2423(f), with another person under 18 years of age, and did attempt the same, all in violation of 18 U.S.C. § 2423(b), (e).

## COUNT 11

On or about August 8, 2017, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate or foreign commerce, by any means including computer, and did attempt the same, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## COUNT 12

Between on or about June 19, 2017, and on or about April 11, 2018, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did unlawfully use a facility and means of interstate and foreign commerce, namely, the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, including the production and attempted production of child pornography (as defined in 18 U.S.C. § 2256(8)), in violation of 18 U.S.C. § 2251(a), (e), and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

COUNT 13

Between on or about June 19, 2017, and on or about April 11, 2018, in the Eastern District of Washington, the Defendant, DENNIS MICHAEL HOGAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt the same, all in violation of 18 U.S.C. § 2251(a), (e).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C § 2251(a), (e), 18 U.S.C § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as alleged in this Superseding Indictment, the Defendant, DENNIS MICHAEL HOGAN, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

SUPERSEDING INDICTMENT - 7

| | |
|---|---|
| 1 | a. one homemade desktop computer, serial number unknown; |
| 2 | b. one Sony Vaio laptop computer, serial number CXSMM01BRD02D330; |
| 4 | c. one Micron laptop computer, serial number 1684842-0001; |
| 5 | d. one Acer laptop computer, serial number NXMA0AA0023230ED3C7600; and |
| 7 | e. one PNY 120GB Internal Computer Hard Drive, serial number PNY151621755701027DB. |

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense(s) in violation of 18 U.S.C. §§ 2422 and/or 2423, as alleged in this Superseding Indictment, Defendant, DENNIS MICHAEL HOGAN, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s). The property to be forfeited includes, but is not limited to:

a. one homemade desktop computer, serial number unknown;

b. one Sony Vaio laptop computer, serial number CXSMM01BRD02D330;

c. one Micron laptop computer, serial number 1684842-0001;

//
//
//
//
//
//
//

d. one Acer laptop computer, serial number NXMA0AA0023230ED3C7600; and

e. one PNY 120GB Internal Computer Hard Drive, serial number PNY151621755701027DB.

DATED this 17 day of December, 2019.

/s/ William D. Hyslop
William D. Hyslop
United States Attorney

/s/ David M. Herzog
David M. Herzog
Assistant United States Attorney

SUPERSEDING INDICTMENT – 9