William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00058-RMP |
| Plaintiff, | Status Update |
| v. | |
| DENNIS MICHAEL HOGAN, | Court: |
| | Hon. John T. Rodgers |
| Defendant. | United States Magistrate Judge |

On December 11, 2019, in consultation with the Deputy Prosecuting Attorney for Stevens County, counsel for the United States learned that Defendant Dennis Hogan ("Defendant"), through his counsel, Mr. Bevan Maxey, had moved to continue Defendant's substantive hearing in Stevens County several months. That case alleges a criminal violation of Assault in the Third Degree – Fireman, Case Number 19-1-00280-33, in Superior Court of Washington, County of Stevens. That charge and its underlying conduct also form the predicate violation submitted in the Supervised Release violation petition set forth at ECF No. 85, filed by the United States Probation Office on September 6, 2019.

On December 17, 2019, a federal Grand Jury returned a Superseding Indictment against Defendant. ECF No. 93. Counsel for the United States arranged with the defense team that Mr. Maxey would accept a summons on behalf of Defendant and ensure that Defendant would appear before this Court for initial appearance on the Superseding Indictment on Friday, December 20, 2019, at 1:30 p.m. in Spokane.

Status Update – Hogan – 1

The United States and defense counsel have met and conferred numerous times regarding anticipated next steps. Prior to Defendant's initial appearance on December 20, 2019, the United States will propose a new plea agreement to Defendant and articulate for Defendant and defense counsel the evidence against Defendant. The United States will extend the new plea agreement for approximately two weeks, with an expiration deadline of January 2, 2020.

At Defendant's initial appearance on December 20, 2019, the United States and Defendant will request that the Court conduct Defendant's initial appearance, and then hold the detention hearing in abeyance until January 6, 2020. If the parties are able to come to a resolution before that date, the United States will file an unopposed motion to dismiss the Supervised Release petition against Defendant. If not, the United States will seek Defendant's detention at the detention hearing on January 6, 2020, and will appeal to the District Court any release order entered by this Court.

The United States apologizes for the tardy filing of this Status Update; counsel did not realize the Court had ordered a written update one week prior to the December 17, 2019, hearing (which was subsequently moved to December 20, 2019, at the request of the parties). Given the timing, the United States has not had an opportunity to meet and confer with Mr. Maxey regarding the exact form of this Status Update, but the United States represents to the Court that this status update reflects a good faith effort by the United States to characterize accurately the status of the case and the parties' anticipated plans moving forward.

Date: December 20, 2019

William D. Hyslop
United States Attorney

*/s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney

Status Update – Hogan – 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Defendant's counsel of record using the CM/ECF system.

*s/ David M. Herzog*
David M. Herzog
Assistant United States Attorney