William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00058-RMP |
| Plaintiff, | Renewed Motion for Detention Based on New Allegation of Violation of Pretrial Release Conditions |
| v. | |
| DENNIS MICHAEL HOGAN, | |
| Defendant. | |

Plaintiff United States, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and David M. Herzog, Assistant United States Attorney for the Eastern District of Washington, moves for an order directing that Defendant Dennis Michael Hogan ("Defendant") be held without bail pending a preliminary hearing and revocation hearing regarding the terms and conditions of his pretrial supervised release and an alleged violation contained in a petition presented by the United States Probation Office.

The United States brings this motion pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), and 18 U.S.C. § 3143(a).

Renewed Motion for Detention- 1

A person arrested for a violation of supervised release may be released or detained under 18 U.S.C. § 3143(a) pending further proceedings. Fed. R. Crim. P. 32.1(a)(6). Section 3143(a) provides that the judicial officer shall order that the person be detained, "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community" if released. 18 U.S.C. § 3143(a). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." Fed. R. Crim. P. 32.1(a)(6). Accordingly, the United States requests the Court enter an Order ordering that Defendant be detained without bail pending a Probation and Revocation Hearing.

Counsel for the United States has met and conferred with Defendant's counsel, Mr. Bevan Maxey, regarding a detention hearing in this matter. The United States and Defendant anticipate that Defendant will make his initial appearance on the alleged violation on January 21, 2020, a date on which Mr. Maxey will be in trial on another matter. The United States and Defendant jointly request that the Court set a detention hearing for 1:30 p.m. on Friday, January 24, 2020.

Dated: January 21, 2020

William D. Hyslop
United States Attorney

s/*David M. Herzog*
David M. Herzog
Assistant United States Attorney

Renewed Motion for Detention- 2

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

s/*David M. Herzog*
David M. Herzog
Assistant United States Attorney

Renewed Motion for Detention- 3