# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Hogan, Dennis Michael | Docket No. | 0980 2:18CR00058-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Dennis Michael Hogan, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of April 2018, under the following conditions:

**Condition #22:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not have access to the internet, including but not limited to cell phones with internet access, including but not limited to computers in connection with his employment.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #2:** On January 17, 2020, Mr. Hogan had access to the Internet.

Specifically, on January 17, 2020, the undersigned officer visited Mr. Hogan at his residence for the purpose of a personal home contact. Mr. Hogan greeted the undersigned officer, along with another officer, at his door and invited both officers in. A visual walk through of his home was conducted. This officer observed, in a corner basement room, two computers that had browser windows open, accessing the Internet. The two monitors had obvious web pages open in plain view of this officer. Also in plain view was a router. This officer was able to search WiFi networks using an iPhone, and the WiFi network "hogan" appeared and was accessible.

In addition, Mr. Hogan visually showed this officer his iPhone and this officer observed the application "Snapchat" installed on his phone. When asked why he has that social media application on his phone, he admitted to using Snapchat, a direct violation of condition number 22.

On April 16, 2018, the conditions of pretrial release supervision were reviewed with Mr. Hogan. He acknowledged an understanding of his conditions, which included release condition number 22.

    PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: January 17, 2020 |
| by | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Pretrial Services Officer |

PS-8

**Re: Hogan, Dennis Michael**
**January 17, 2020**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

January 17, 2020
Date