BEVAN J. MAXEY
MAXEY LAW OFFICES, PLLC
Attorneys for Defendant
1835 W. Broadway
Spokane, WA 99201
(509) 326-0338 telephone
(509) 325-4490 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  - vs -<br><br>DENNIS M. HOGAN,<br><br>    Defendant. | NO. 18-CR-0058-RMP<br><br>COVER SHEET – CHARACTER LETTERS SUBMITTED ON BEHALF OF DEFENDANT<br><br>*08/26/2020 at 9:30 a.m.*<br>*Judge Rosanna Malouf Peterson* |

Respectfully submitted this 24th day of August, 2020.

MAXEY LAW OFFICE PLLC

*/s/ Bevan J. Maxey*
_____
BEVAN J. MAXEY, #13827
Attorney for Defendant, Dennis Hogan

COVER SHEET – CHARACTER LETTERS
SUBMITTED ON BEHALF OF DEFENDANT - 1

Maxey Law Offices, PLLC
1835 W. Broadway Ave.
Spokane, Washington 99201
(509) 326-0338

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant(s):

David M. Herzog
Assistant United States Attorney
920 W. Riverside, # 300
Spokane, WA 99201

/s/ Holly Eagle
Maxey Law Offices, PLLC
West 1835 Broadway
Spokane, WA 99201
(509)326-0338

COVER SHEET – CHARACTER LETTERS
SUBMITTED ON BEHALF OF DEFENDANT - 2

Maxey Law Offices, PLLC
1835 W. Broadway Ave.
Spokane, Washington 99201
(509) 326-0338

To whom it may concern,
 I'm writting this letter for brother Dennis Hogan. I am aware of the nature of his charges.
 Dennis is a very hard driven and accomplished man. His greatest accomplishment is his success in raising the most awesome young man, his son Clinton. Clinton is now eighteen and graduating from Mead High shool this year.
 Dennis has been beside Clinton through every achievment and challenge, you see Clinton is autistic but that hasn't stopped him. He just tries harder, with his Dads help, encouragment and guidance. Clinton and his Dad together have overcome many barriers. Clinton is very polite, kind, + lovable.

He walks with great pride for who he is.

Clinton and his Dads favorite sport is fishing together. Clinton often will out fish his Dad, with great joy. They have such special love for one another.

I love watching them cook together, it is such magic in the kitchen. They hoist many large family meals, which we take great joy in attending.

Dad is there for the major challenges to Clinton. With Dads help Clinton has learned to drive a boat, a tractor which he handles really well, and now learning to drive a car.

Clinton has also with Dads guidance has learned computer work, assembly line, and shipping in the family busenias. Clinton is very proficient.

He loves the work and takes great pride, he really likes earning the money, and watching his savings account grow. He is learning to manage his money.
Clinton truely needs his Dad in his life. Dennis is a vital strength, guidance, knowledge, and most of all truely loves his son.
I feel my brother Dennis could bennefit from treatment.

Sincerely,
Velma J. Riddle

Randi Bain



May 15, 2020

Dear Honorable Judge,

My name is Randi Bain, I am a wife and mother. I have a bachelor's degree in business administration and my profession is in government accounting. I am writing regarding my uncle Dennis "Denny" Hogan. Dennis is my mom's youngest brother, so I have known him my entire life of 43 years. I am aware of the nature and seriousness of the charges against Dennis.

I'd like to share with you, who my Uncle Denny is to me. We are a close family and have several family gatherings every year during which I've been able to observe Denny in his interactions with his son, my daughter, nieces, nephews and cousins. I pride myself on being an observant and very protective parent. I have never felt uncomfortable or threatened by any interactions between my daughter, now 16, and Dennis. Denny cares deeply for our family and it is important to him that we remain connected. Denny and I communicate often, and he provides me with support and parenting guidance I cherish. We haven't always seen eye to eye but even in our differences he has treated me with respect and love. I know he is always there for me. Even now while incarcerated he calls to check on me and my family.

Dennis is a hardworking man and has created a successful internet retail business that financially supports himself and his son Clinton. His self-employment has also afforded him the ability to spend extensive time with Clint who was diagnosed with Autism at a very young age. Having previously been a teacher, Dennis is able to help Clint with academics beyond the classroom. Clint is a Senior in High School and, if not for COVID-19, would be crossing the stage to get his diploma next month because of the dedication Dennis has given to him and his education. Among other life skills, under Denny's care, Clint has learned the importance of taking care of himself and has learned to care for his horses and dog. Clint is also learning some of the aspects of Dennis' business which is giving him not just life skills but the ability to make a living and provides him a sense of pride. Dennis has created a structured environment for Clint where he is thriving. It is my concern that without the structure, patience and dedication Dennis has given to Clint, Clint will not continue to thrive as he has.

I respectfully ask you to consider Dennis' dedication to Clinton when making your decisions.

Sincerely,

Randi Bain

**Holly**

**Subject:** FW: Dennis Hogan Letter

**From:** Jeremy Hogan <​███████████​>
**Sent:** Thursday, May 14, 2020 10:42 PM
**To:** Holly <Hollye@maxeylaw.com>
**Subject:** Re: Dennis Hogan Letter

To whom it may concern
I would like to start off with family and the importance of your family being here, as you know Dennis has a son, Clint whom looks up to him for support and guidance, but one thing you may not know or understand about this father and son duo is how strongly Clint needs his father in his day to day life. You see Clint is not wired like you and I and needs his daily routine to remain in tact, the disruption in this will effect his life and development as well as life skills he was learning from his dad to be an active part of society. I know this may seem pretty basic at a glance, but this father son duo has a dynamic that not many can truly begin to digest, that is autism. Back to Dennis, Dennis is a very straight forward individual and a bit blunt, but he would most certainly give you his shirt off his back or come help you out if you asked without a bat of an eye. He has been here for many of us whether we were worthy of it or not and he started a new years tradition 4 years ago, it is a Crab and Prime rib feed. All in all it isn't even about the food it is about family and creating memories.
I ask you to take this into consideration in his sentencing., God bless!
Thank you
Jeremy Hogan

1

5-14-2020

This letter is in regards to Dennis Hogan. This is from his autistic son.

To whom it may concern,

    I will always love my dad because we did everything together. We would play with our dogs, go fishing on the Oregon coast, and watch movies together. We also from time to time played video games. I miss hanging out and having my father to spend time with. He taught me how to build a house and was teaching me how to drive. When I was little we used to love to ride horses together. My dad always helped me with my homework, and knows I can't spend any of that time with him because he made a mistake. These are the reasons I want my dad out of jail. I know if my dad was out of Jail he would go get help, so he wouldn't do this again. I want to see my dad again someday.

Sincerely

Clint Hogan

To whom it may concern:

I am Dennis Hogans Sister, I would like to let you know about my brother. He has been a good brother. When I was divorced and needed work, he gave me a job, I had never worked outside the home before. Dennis showed me that I was able to take care of myself and my girls. Dennis has been a good father to his son, Clinton is autistic and needs his father, Dennis has been able to bring him out of his disabilitys and he was able to do meaniful tasks.

Since Dennis has been incarcerated he has digressed about 4 years. I would hate to see him unable to continue. On this down word spiral. I am afraid that losing his father will be detramental to his growth and ability to lead a full life.

Please be leaniant with him. I would like to be able to have time with my brother again before I am gone. I am 69 year old and would like very much to see him and spend time with the family together

Sincerly

Patricia Miller

COPY RECEIVED

MAXEY LAW OFFICE PLLC



Bevan Maxey
1835 Broadway
Spokane Wash. 99201

Kimberly Anderson



05/14/2020

To whom it may concern,

My name is Kimberly "Kim" Anderson. I am a niece of Dennis "Uncle Denny" Hogan.

The most important thing about my Uncle Denny I would like to share with you is the relationship he has with his son Clinton. Being close to my Uncle Denny I have seen their relationship through the years. Clinton couldn't ask for a better parent to help guide him through the challenges of autism. I have seen Clinton grow as a person as a result of the parenting Uncle Denny has given him. Uncle Denny has helped him learn the valuable life skills needed to help him succeed in life. Clinton enjoyed learning various jobs around the house and on the farm. It was always fun to see the new skills Clinton learned on the farm. To see the smile on his face as he showed us how to feed the horses or do the various tasks he had learned since our last visit. Emotionally Uncle Denny has had the difficult job of teaching Clinton how to regulate his emotions appropriately, which for children with Autism is difficult. Uncle Denny has done an amazing job with this aspect of Clinton's life. Uncle Denny has been there to help Clinton also succeed in school and graduate on time. Being one of Clinton's biggest advocates at school and making sure his education was carried on outside of the classroom as well. I don't feel Uncle Denny's critical job as a parent is done with Clinton. There are still so many life lessons Clinton can learn from his dad.

My Uncle Denny has always been a big part of my life, and my favorite uncle. Why? Because he and I share a birthday where we are only 13 years apart, always calling each other on our birthday to see who will be the first to call. He usually beats me to that call. Family has always been a big part and love of Uncle Denny's life. He has made sure to be a part of family gatherings ever since I can remember. My daughter is two months younger than his son Clinton. My children have spent their entire lives enjoying time with Uncle Denny and Clinton. From birthdays and Easter gatherings at my house, to New Year's Eve fireworks and New Year's Day crab feeds at his house, and numerous Memorial & Labor Day weekend family reunions in Cusick. When I was little it was Christmas and Thanksgiving at my grandparents' house. Uncle Denny has been a positive role model for all three of my

05/14/2020
Page 2

children, showing them how to do outdoor chores, numerous outdoor activities, and camping skills.

To me Uncle Denny has always been a hard worker. Just one of the reasons why he usually always beat me to our birthday phone calls. He's always up early to start his work day. He also shared this work ethic with Clinton. Teaching Clinton the value of work was an important daily lesson that Uncle Denny took pride in. He knew in order to enjoy the fun things in life you also had to work to pay for them.

I hope you consider these important aspects that show Uncle Denny's character and commitment.

Sincerely,

Kimberly Anderson

**Holly**

**Subject:** FW: Dennis Hogan

**From:** alicat bunnyman <████████████████>
**Sent:** Monday, April 13, 2020 6:09 PM
**To:** Holly <Hollye@maxeylaw.com>
**Subject:** Re: Dennis Hogan

To whom it may concern,

This letter is a statement about my friend Dennis Hogan. I have known Dennis ever since he was in high school. Dennis has always been very helpful and kind to me, always ready to help me in anything that I need help with from information on different things to letting borrow tools from him and never asking for a dime. He has always been a hard worker and has always made a very good living for himself. He also is a great father to his son Clint, and has help him through the boy's dis abilities,

My background is in law enforcement for most of my life in one way or another. I was with Spokane City and County for many years as well as a informant for the ATF under Herb Byerly. I am also a licensed Minister and still a rancher. I have been married for 41 years this year.

In life we all make mistakes and yes Dennis has done some as all of us have. I know that Dennis knows this and feels very bad about what he has done. He regrets many things but he does know right from wrong. This was a great lesson for him and many that are aware of his actions.

Again Dennis is a man and a father, with a great heart

Thank you,

Allen Skimming
April 23, 2020

1

# BENNETT INDUSTRIES, INC.

*"IT IS OUR MISSION TO PROVIDE GENERAL MANUFACTURING SERVICES AND DEFENSE PRODUCTS IN SUPPORT OF THE CITIZENS AND ENTERPRISES OF THE UNITED STATES OF AMERICA"*

To whom it may concern;

My name is David Riddle. I am the Vice President of Bennett Industries in Tacoma Washington. I have worked for Bennett Industries for over 20 years. I have been married to my Glenda Riddle for 40 years. We have two adult children Amy and Derrick.

I have known Dennis Hogan for over 50 years. He has been a very essential part of mine and my family life for as long as I can remember. He has helped me through the good times and bad of my personal life. Dennis has helped me personally to become the man, father and husband of who I am today. Dennis is a hardworking man and great father it his son.

I realize Dennis has made mistakes and is taking responsibility for what he has done. I just would like see the courts to show leniency in his sentencing. His son really needs to have Dennis in is his life. On personal note I would like to have Dennis continue to be my mentor and my friend.

David Riddle

Vice President

Bennett Industries

Phone

5-15-2020

1160 THORNE ROAD, TACOMA, WA 98421. PHONE (253)627-7775, FAX (253)383-7644